**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ammiel Cornish,<br><br>    Plaintiff,<br><br>vs.<br><br>J. Snow, et al.,<br><br>    Defendants. | No. CV 11-623-PHX-RCB (ECV)<br><br>**ORDER FOR PAYMENT**<br>**OF INMATE FILING FEE** |

**TO: THE WARDEN OF THE CENTRAL ARIZONA DETENTION CENTER**

Plaintiff Ammiel Cornish, inmate #AD7491, who is confined in the Central Arizona Detention Center in Florence, Arizona, must pay the statutory filing fee of $350.00. Plaintiff must first pay an initial partial filing fee of $9.82. Thereafter, Plaintiff must pay the balance of the fee in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account. The Warden or his designee must collect and forward these payments to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1) The Warden of the Central Arizona Detention Center or his designee **must forward** to the Clerk of Court the initial partial filing fee of $9.82. The balance of the $350.00 filing fee must be collected from Plaintiff's trust account in monthly payments of 20% of the preceding month's income credited to the account. Payments must be forwarded

1 to the Clerk of the Court each time the amount in the account exceeds $10.00. The payments
2 must be clearly identified by the name and number assigned to this action.

3     (2) The Warden of the Central Arizona Detention Center or his designee **must
4 notify** the Clerk of Court in writing when Plaintiff is released or transferred to a correctional
5 institution other than the Central Arizona Detention Center, so new billing arrangements may
6 be made to collect any outstanding balance.

7     (3) The Clerk of Court **must serve** by mail a copy of this Order on Chuck Keeton,
8 Warden of the Central Arizona Detention Center, 1155 North Pinal Parkway, Florence,
9 Arizona, 85232.

10     (4) The Clerk of Court **must forward** a copy of this Order to Financial
11 Administration for the Phoenix Division of the United States District Court for the District
12 of Arizona. Financial Administration must set up an account to receive payments on the
13 filing fee for this action and must notify the Court when the filing fee is paid in full.

14 DATED this 18th day of July, 2011.

_____
Robert C. Broomfield
Senior United States District Judge